No. 176. DIBBLE *v.* UNADILLA VALLEY R. Co. October 21, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. David F. Lee* for petitioner. *Mr. Merritt Bridges* for respondent.

No. 177. WOLBER *v.* FORD MOTOR Co. October 21, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Harold A. Smith* for petitioner. *Messrs. Clifford B. Longley* and *George T. Buckingham* for respondent.

No. 178. CADE *v.* HOLT ET AL. October 21, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. W. T. Armstrong* for petitioner. No appearance for respondents.

No. 180. BURKETT *v.* LUCAS, COMMISSIONER OF INTERNAL REVENUE. October 21, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. J. W. House* and *C. H. Moses* for petitioner. *Solicitor General Hughes,* and *Messrs. Howard T. Jones* and *Morton P. Fisher* for respondent.

No. 181. HENSHAW *v.* LUCAS, COMMISSIONER OF INTERNAL REVENUE. October 21, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. Allen L. Chickering* and *Walter C. Fox, Jr.,* for petitioner. *Solicitor General Hughes,* and *Messrs. Sewall Key* and *John Vaughan Groner* for respondent.